UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

MANUEL PAREJO,

        Petitioner,

   v.

SCOTT FRAKES,

        Respondent.

Case No. C10-5764RBL/JRC

ORDER GRANTING PETITIONER'S MOTION TO FILE AN OVER LENGTH TRAVERSE

      This habeas corpus action, filed pursuant to 28 U. S.C. § 2254, has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. §§ 636(b)(1)(A) and (B) and Local Magistrate Judge's Rules MJR 3 and MJR 4.

      Before the court is petitioner's "Motion to Add More pages & Exhibits to Petitioner's Traverse" (ECF No. 12).  Petitioner, apparently, is asking the court to consider the over length traverse and exhibits that he has already placed before the court.  To that extent, petitioner's motion is GRANTED. Petitioner is not authorized to file any additional briefing beyond what is allowed under the Rules, unless separate application is made to this court for permission to do so.

      DATED this 20th day of January, 2011.

                                  J. Richard Creatura
                                  United States Magistrate Judge

ORDER - 1