UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

MANUEL PAREJO,

          Petitioner,

    v.

SCOTT FRAKES,

          Respondent.

CASE NO. C10-5764RBL/JRC

ORDER ADOPTING REPORT AND RECOMMENDATION

The Court having reviewed the Report and Recommendation of the Hon. J. Richard Creatura, United States Magistrate Judge, objections to the Report and Recommendation, if any, and the remaining record, does hereby find and Order:

(1)    The Court adopts the Report and Recommendation;

(2)    The motion to proceed in forma pauperis, (ECF No. 13) is denied as the filing fee has already been paid.

(3)    The clerk is directed to send copies of this Order to Petitioner, and the Hon. J. Richard Creatura.

DATED this 23rd day of February, 2011.

                                            */s/ Ronald B. Leighton*

                                            RONALD B. LEIGHTON
                                            UNITED STATES DISTRICT JUDGE

ORDER - 1