UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

MANUEL PAREJO,

          Petitioner,

    v.

SCOTT FRAKES,

          Respondent.

CASE NO.  C10-5764-RBL

ORDER

    The Court, having reviewed plaintiff's Petition for a Writ of Habeas Corpus, the Report and Recommendation of United States Magistrate Judge J. Richard Creatura, and objections to the report and recommendation [Dkt. #22], and the remaining record, does hereby find and ORDER:

    (1)    The Court adopts the Report and Recommendation;

    (2)    The Petition for a Writ of Habeas Corpus therefore is DISMISSED;

    (3)    The Court will issue a Certificate of Appealability on the issue of whether or not Petitioner's claims are time barred by the statute of limitations; and

    (4)    The Clerk is directed to send copies of this Order to counsel of record.

DATED this 20th day of April, 2011.

                                        /s/ Benjamin H. Settle
                              BENJAMIN H. SETTLE
                              United States District Judge

                              for RONALD B. LEIGHTON
                              United States District Judge