# United States District Court

WESTERN DISTRICT OF WASHINGTON

MANUEL PAREJO

v.

SCOTT FRAKES

JUDGMENT IN A CIVIL CASE

CASE NUMBER: C10-5764RBL

___ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

XX **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

THE COURT HAS ORDERED THAT

The Court adopts the Report and Recommendation;

The Petition for a Writ of Habeas Corpus therefore is DISMISSED;

The Court will issue a Certificate of Appealability on the issue of whether or not Petitioner's claims are time barred by the statute of limitations.

| April 21, 2011 | BRUCE RIFKIN |
|---|---|
| Date | Clerk |

*s/CM Gonzalez*
Deputy Clerk