UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

MANUEL PAREJO,

                    Petitioner,

    v.

SCOTT FRAKES,

                    Respondent.

No. C10-5764 RBL/JRC

**ORDER ADOPTING REPORT AND RECOMMENDATION**

The Court, having reviewed the Report and Recommendation of Magistrate Judge J. Richard Creatura, objections to the Report and Recommendation, if any, and the remaining record, does hereby find and **ORDER**:

    (1)    The Court adopts the Report and Recommendation;

    (2)    Petitioner's Second Motion to Amend (ECF No. 52) is **DENIED.**

    (3)    This action is referred to Magistrate Judge J. Richard Creatura for further proceedings.

    (4)    The Clerk is directed to send copies of this Order to Plaintiff, counsel for any Defendants who have appeared, and to the Hon. J. Richard Creatura.

**DATED** this 31st day of May, 2013.

_Ronald B. Leighton_
RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE

ORDER ADOPTING REPORT AND RECOMMENDATION- 1