UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

MANUEL PAREJO,

                      Petitioner,

    v.

SCOTT FRAKES,

                      Respondent.

No. C10-5764 RBL/JRC

**ORDER ADOPTING REPORT AND RECOMMENDATION**

The Court, having reviewed the Report and Recommendation of Magistrate Judge J. Richard Creatura, objections to the Report and Recommendation, if any, and the remaining record, does hereby find and **ORDER**:

(1)    The Court adopts the Report and Recommendation.

(2)    Petitioner's § 2254 habeas petition is **denied on the merits and dismissed with prejudice.**

(3)    Petitioner is **DENIED** issuance of a certificate of appealability.

(4)    The Clerk is directed to send copies of this Order to Petitioner, his counsel, and counsel for Respondent.

**DATED** this 28th day of October, 2013.

                                                _/s/ Ronald B. Leighton_
                                                RONALD B. LEIGHTON
                                                UNITED STATES DISTRICT JUDGE

ORDER ADOPTING REPORT AND RECOMMENDATION- 1